IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

O'BREIN QUARTEZ TATUM,

    Plaintiff,

  v.

JOHN DOE (SOCIAL WORKER),
JOHN DOE (CORRECTIONAL OFFICER),
JOHN DOE) (CORRECTIONAL CAPTAIN),
JOHN DOE (SECURITY DIRECTOR) AND
JOHN DOE (STAFFING AGENT),

    Defendants.

Case No.  18-cv-1051-wmc

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case without prejudice.

/s/
Peter Oppeneer, Clerk of Court

11/16/2020
Date